# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2020

Bridget M. McCormack,
Chief Justice

160308(33)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 160308
COA: 347720
Tuscola CC: 13-012924-FH

JAMSHID BAKSHI ZAHRAIE,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's June 30, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



a0921

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk